FILED
4/13/23 12:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-21357-GLT |
| | : | Chapter: | 7 |
| James S Rushton | : | | |
| Donna F Rushton | : | | |
| | : | Date: | 4/13/2023 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**  #27 - Motion to Sell Property Free and Clear of Liens under Section 363(f)
[Response due 3/13/2023]
#31 - Proof of Publication in the Herald Standard

**APPEARANCES:**
  Trustee:   Robert H. Slone

**NOTES:**  [10:00]

Slone: Has an offer of $175,000 ($5,000 down). As is where is sale. Awaiting proof of publication, will file once they have it. Claims in case are less than $10,000 so the sale will cure them and create a surplus.

*Property exposed to sale. No higher and better offers.*

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Motion for Free and Clear Sale of Debtors' Real Property Located at 124 Jackson Hill Road, Lower Tyrone Township, Dawson, PA 15428, Parcel No. 18-09-0049-05 Free and Clear of Liens and Encumbrances* [Dkt. No. 27] is APPROVED subject to modification. [DB to enter proposed order at Dkt. No. 27 with modifications].

**DATED:**  4/13/2023