|  |  |
|---|---|
| The Honorable: | GREGORY L. TADDONIO |
| Chapter 7 | |
| Location: | Courtroom A-PGH |
| Hearing Date: | 12/15/2023 |
| Hearing Time: | 10:00 AM |
| Response Date: | 11/20/2023 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

In re:
RUSHTON, JAMES S.                  §    Case No. 22-21357
RUSHTON, DONNA F.                  §    Chapter 7
Debtors                             §
                                    §
ROBERT H. SLONE, TRUSTEE           §
Movant                              §
                                    §
vs.                                 §
                                    §
NO RESPONDENTS                     §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Robert H. Slone</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

5414 U.S. Steel Tower<br>
600 Grant Street<br>
Pittsburgh, PA 15219

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 24 days from the mailing of this notice (by November 20, 2023), serve a copy of the objections upon the Trustee, any party whose application is being challenged, and the United States Trustee. An in-person hearing will be held on Friday, December 15, 2023 at 10:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  In accordance with Judge Taddonio' s procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform.  Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information)  no later than 4:00 p.m. on the business day  prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at  http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). Parties who fail to timely register for remote participation will be

**UST Form 101-7-NFR (10/1/2010)**

expected to attend the hearing in person.

| Date Mailed: 10/26/2023 | Robert H. Slone: /s/ Robert H. Slone |
|---|---|
| | Trustee |

Robert H. Slone
223 South Maple
Greensburg, PA 15601
(724) 834-2990
robertslone223@gmail.com

**UST Form 101-7-NFR (10/1/2010)**

|   |   |
|---|---|
| The Honorable: | GREGORY L. TADDONIO |
| Chapter 7 |   |
| Location: | Courtroom A-PGH |
| Hearing Date: | 12/15/2023 |
| Hearing Time: | 10:00 AM |
| Response Date: | 11/20/2023 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Pittsburgh DIVISION**

In re:
RUSHTON, JAMES S.             § Case No. 22-21357
RUSHTON, DONNA F.             § Chapter 7
                              §
                              §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of: | $ | 175,000.00 |
| and approved disbursements of: | $ | 71,361.15 |
| leaving a balance on hand of[1]: | $ | 103,638.85 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 103,638.85 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert H. Slone | 6,741.10 | 0.00 | 6,741.10 |
| Trustee, Expenses - Robert H. Slone | 189.27 | 0.00 | 189.27 |
| Attorney for Trustee Fees - ROBERT H. SLONE | 3,272.50 | 0.00 | 3,272.50 |
| Charges, U.S. Bankruptcy Court | 188.00 | 0.00 | 188.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for chapter 7 administrative expenses: | $ | 10,390.87 |
|---|---|---|---|
|  | Remaining balance: | $ | 93,247.98 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 93,247.98 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 93,247.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $8,755.75 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citibank, N.A. | 4,602.81 | 0.00 | 4,602.81 |
| 2 | JPMorgan Chase Bank, N.A. | 1,304.67 | 0.00 | 1,304.67 |
| 3 | PNC Bank, National Association | 1,029.84 | 0.00 | 1,029.84 |
| 4 | Jefferson Capital Systems LLC | 964.80 | 0.00 | 964.80 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Jefferson Capital Systems LLC | 320.95 | 0.00 | 320.95 |
| 6 | Jefferson Capital Systems LLC | 532.68 | 0.00 | 532.68 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 8,755.75 |
| Remaining balance: | $ 84,492.23 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 84,492.23 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 84,492.23 |

**UST Form 101-7-NFR (10/1/2010)**

       To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.00% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

       The amount of surplus returned to the debtor after payment of all claims and interest is $84,492.23.

       Robert H. Slone: /s/ Robert H. Slone
       Trustee

Robert H. Slone
223 South Maple
Greensburg, PA 15601
(724) 834-2990
robertslone223@gmail.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21357-GLT |
| James S Rushton | Chapter 7 |
| Donna F Rushton | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 26, 2023 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | James S Rushton, Donna F Rushton, 124 Jackson Hill Road, Dawson, PA 15428-1112 |
| aty | + | Robert H. Slone, c/o Mahady & Mahady, 223 South Maple Avenue, Greensburg, PA 15601-3232 |
| 15497664 | | AmeriGas, PO Box 45263, New Waterford, OH 44445 |
| 15497667 | | Citibank, ARS National Services, Inc., PO BOx 469100, Escondido, CA 92046-9100 |
| 15497668 | + | Discover, PO Box 890, Allen, TX 75013-0014 |
| 15497669 | | EQT Production Company, 4000 Woodcliff Drive, Canonsburg, PA 15317 |
| 15497675 | | Sears Gold Master Card, ARS National Service, Inc., PO BOx 469100, Escondido, CA 92046-9100 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 27 2023 00:28:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15561388 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2023 00:28:05 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15497670 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2023 00:43:07 | JC Penney, c/o Synchrony Bank/JCP, PO BOx 960090, Orlando, FL 32896-0090 |
| 15577994 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2023 00:21:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15497676 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2023 01:00:38 | Slate, PO Box 15123, Wilmington, DE 19850-5123 |
| 15497666 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2023 01:01:08 | Chase, Chase Slate Card, PO Box 1423, Charlotte, NC 28201-1423 |
| 15497665 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 27 2023 01:01:57 | Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 15563723 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 27 2023 00:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15497671 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2023 00:43:11 | Lowes, Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 15497672 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2023 00:19:00 | PNC, PO Box 1820, Dayton, OH 45401-1822 |
| 15497673 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2023 00:19:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176-1335 |
| 15572854 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 27 2023 00:19:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 15497674 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2023 00:27:58 | Sam's Club, Synchrony, PO Box 960013, Orlando, |

Case 22-21357-GLT   Doc 46   Filed 10/28/23   Entered 10/29/23 00:26:39   Desc Imaged
Certificate of Notice   Page 8 of 8

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2023 | Form ID: pdf900 | Total Noticed: 21 |

| 15498189 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2023 01:02:19 | FL 32896-0013<br>Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2023          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Joseph E. Fieschko, Jr. | on behalf of Joint Debtor Donna F Rushton joe@fieschko.com  rcfishko@aol.com |
| Joseph E. Fieschko, Jr. | on behalf of Debtor James S Rushton joe@fieschko.com  rcfishko@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com  rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |

TOTAL: 6