IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 22-21357-GLT |
| RUSHTON, JAMES S. | ) |
| RUSHTON, DONNA F. | ) CHAPTER 7 |
| | ) |
| DEBTORS | ) RE: DOCKET NO. 41 |
| _____ | ) |
| ROBERT H. SLONE, TRUSTEE | ) |
| | ) |
| MOVANT | ) |
| | ) |
| vs. | ) |
| | ) |
| NO RESPONDENTS | ) |

**CERTIFICATION OF NO OBJECTION REGARDING NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) has* been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) appears* thereon. Pursuant to the Notice of Hearing, objections to the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* were to be filed and served no later than **November 20, 2023.**

It is hereby respectfully requested that the Orders attached to the respective *Trustee's Final Report and Applications for Compensation* be entered by the Court.

Dated:  November 22, 2023             By: /s/ ROBERT H. SLONE
                                      Robert H. Slone, Trustee
                                      MAHADY & MAHADY
                                      223 South Maple Avenue
                                      Greensburg, PA 15601
                                      (724) 834-2990
                                      PA I.D. No. 19963
                                      robertslone223@gmail.com