```
                                                                    FILED
                                                                    11/24/23 1:30 pm
         IN THE UNITED STATES BANKRUPTCY COURT                      CLERK
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA                   U.S. BANKRUPTCY
                                                                    COURT - WDPA
```

IN RE: )
)   BANKRUPTCY NO. 22-21357-GLT
JAMES S. RUSHTON )
DONNA F. RUSHTON )   CHAPTER 7
        DEBTORS )   Related to Dkt. No. 42
)
ROBERT H. SLONE, TRUSTEE )
)
        MOVANT )   HEARING DATE: 12/15/23 @ 10:00 AM
)
vs. )
)
NO RESPONDENTS )

### ORDER OF COURT APPROVING FINAL COMPENSATION
### FOR COUNSEL TO THE CHAPTER 7 TRUSTEE

AND NOW this 24th day of November 2023, upon consideration of the Application for Allowance of Final Compensation filed by Robert H. Slone, Esquire, attorney for the Chapter 7 Trustee in the above-captioned bankruptcy case, it appearing that the Applicant's employment has been approved by this Court, that the Applicant has no interest adverse to the interest of the Estate, and that the Applicant has rendered valuable services to the Estate, and that the Applicant has rendered valuable services to the Estate, it is hereby

ORDERED that the Application for Allowance of Final Compensation of Robert H. Slone, Esquire, attorney for the Chapter 7 Trustee, is approved in the amount of $3,272.50 as compensation.

Prepared by: Robert H. Slone, Esq.

**DEFAULT ENTRY**

Dated: November 24, 2023

_____ jah
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-21357-GLT |
| James S Rushton | Chapter 7 |
| Donna F Rushton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 24, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | #+ James S Rushton, Donna F Rushton, 124 Jackson Hill Road, Dawson, PA 15428-1112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 26, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Joseph E. Fieschko, Jr. | on behalf of Joint Debtor Donna F Rushton joe@fieschko.com rcfishko@aol.com |
| Joseph E. Fieschko, Jr. | on behalf of Debtor James S Rushton joe@fieschko.com rcfishko@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | |

robertslone223@gmail.com  rslone@mahadylegal.com;pa07@ecfcbis.com

Robert H. Slone, Trustee

on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com

TOTAL: 6