FILED
11/24/23 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| IN RE:<br><br>RUSHTON, JAMES S.<br>RUSHTON, DONNA F.<br><br>       Debtors<br><br>ROBERT H. SLONE, TRUSTEE<br><br>       Movant<br>vs.<br><br>NO RESPONDENTS | CHAPTER 7<br><br>CASE NO. 22-21357-GLT<br><br>Related to Dkt. No. 40<br>Hearing: Dec. 15, 2023 at 10 a.m. |

<u>**ORDER OF DISTRIBUTION**</u>

AND NOW, this  24th  day of November  2023, the Trustee, ROBERT H. SLONE, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all canceled checks corresponding to the disbursements of estate funds as shown in the Trustee's Final Report and Account. In the event that the Trustee is notified that a debt for which a valid Proof of Claim was filed has been otherwise satisfied, either in full or in part, and the funds paid to any such creditor are returned to the Trustee, the Trustee may distribute the funds so returned in the same manner as approved by this Order, except that the Trustee shall not distribute any funds in connection with the claim with regard to which said funds have been returned to the Trustee.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
GREGORY L. ADDONIO  **jah**
CHIEF UNITED STATES BANKRUPTCY JUDGE

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No. 22-21357
Case Name: JAMES S RUSHTON AND DONNA F RUSHTON
Trustee Name: Robert H. Slone

**Balance on hand:**   $                103,638.85

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors:   $          0.00
Remaining balance:   $   103,638.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert H. Slone | 6,741.10 | 0.00 | 6,741.10 |
| Trustee, Expenses - Robert H. Slone | 189.27 | 0.00 | 189.27 |
| Attorney for Trustee Fees - ROBERT H. SLONE | 3,272.50 | 0.00 | 3,272.50 |
| Charges, U.S. Bankruptcy Court | 188.00 | 0.00 | 188.00 |

Total to be paid for chapter 7 administrative expenses:   $   10,390.87
Remaining balance:   $   93,247.98

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $          0.00
Remaining balance:   $   93,247.98

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 93,247.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities). Timely claims of general (unsecured) creditors totaling $8,755.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citibank, N.A. | 4,602.81 | 0.00 | 4,602.81 |
| 2 | JPMorgan Chase Bank, N.A. | 1,304.67 | 0.00 | 1,304.67 |
| 3 | PNC Bank, National Association | 1,029.84 | 0.00 | 1,029.84 |
| 4 | Jefferson Capital Systems LLC | 964.80 | 0.00 | 964.80 |
| 5 | Jefferson Capital Systems LLC | 320.95 | 0.00 | 320.95 |
| 6 | Jefferson Capital Systems LLC | 532.68 | 0.00 | 532.68 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 8,755.75 |
| Remaining balance: | $ | 84,492.23 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR(5/1/2011)**

| | | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 84,492.23 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 84,492.23 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.00% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $84,492.23.

Date: Aug 08, 2023            Signed: /s/ Robert H. Slone
                                      Robert H. Slone, Trustee
                                      223 South Maple
                                      Greensburg, PA 15601
                                      (724) 834-2990

**UST Form 101-7-TFR(5/1/2011)**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 22-21357-GLT

James S Rushton | Chapter 7

Donna F Rushton

Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 2

Date Rcvd: Nov 24, 2023 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | James S Rushton, Donna F Rushton, 124 Jackson Hill Road, Dawson, PA 15428-1112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2023 | Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Joseph E. Fieschko, Jr. | on behalf of Joint Debtor Donna F Rushton joe@fieschko.com  rcfishko@aol.com |
| Joseph E. Fieschko, Jr. | on behalf of Debtor James S Rushton joe@fieschko.com  rcfishko@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | |

robertslone223@gmail.com  rslone@mahadylegal.com;pa07@ecfcbis.com

Robert H. Slone, Trustee

on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@mahadylegal.com;pa07@ecfcbis.com

TOTAL: 6