**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | | |
|---|---|---|
| In re: | | |
| RUSHTON, JAMES S. | § | Case No. 22-21357 |
| RUSHTON, DONNA F. | § | Chapter 7 |
| Debtors | § | |
| | § | |
| ROBERT H. SLONE, TRUSTEE | § | |
| Movant | § | |
| | § | |
| vs. | § | |
| | § | |
| NO RESPONDENTS | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Robert H. Slone, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $25,050.00 | Assets Exempt: | $32,235.74 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $57,757.08 | Claims Discharged Without Payment: | $14,910.26 |
| Total Expenses of Administration: | $12,064.95 | | |

3) Total gross receipts of $175,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $105,177.97 (see **Exhibit 2**), yielded net receipts of $69,822.03 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $62,814.26 | $49,001.33 | $49,001.33 | $49,001.33 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $12,064.95 | $12,064.95 | $12,064.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $23,618.70 | $8,755.75 | $8,755.75 | $8,755.75 |
| **TOTAL DISBURSEMENTS** | $86,432.96 | $69,822.03 | $69,822.03 | $69,822.03 |

4) This case was originally filed under chapter 7 on 07/14/2022. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/08/2024         By: /s/ Robert H. Slone
                                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 124 Jackson Hill Road, Dawson, PA 15428-0000, Fayette County | 1110-000 | $175,000.00 |
| Hand money | 1224-000 | -$5,000.00 |
| Hand money for sale of property @124 Jackson Hill Rd. | 1290-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$175,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RUSHTON, JAMES S. and RUSHTON, DONNA F. | JAMES S RUSHTON AND DONNA F RUSHTON22-21357 Distribution payment - Dividend paid at 100.00% of $84,492.23; Claim # SURPLUS; Filed: $0.00 | 8200-002 | $84,492.23 |
| JAMES S. RUSHTON, DONNA F. RUSHTON | Debtors' 522(d)(1) exemption | 8100-002 | $20,685.74 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$105,177.97** |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | James S. Lederach | 4110-000 | NA | $50,000.00 | $50,000.00 | $50,000.00 |
| | PNC Bank | 4110-000 | NA | -$998.67 | -$998.67 | -$998.67 |
| N/F | Chase | 4110-000 | $13,500.00 | NA | NA | NA |
| N/F | PNC | 4110-000 | $49,314.26 | NA | NA | NA |
| | **TOTAL SECURED** | | **$62,814.26** | **$49,001.33** | **$49,001.33** | **$49,001.33** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Robert H. Slone | 2100-000 | NA | $6,741.10 | $6,741.10 | $6,741.10 |
| Trustee, Expenses - Robert H. Slone | 2200-000 | NA | $189.27 | $189.27 | $189.27 |
| Attorney for Trustee Fees - ROBERT H. SLONE | 3110-000 | NA | $3,272.50 | $3,272.50 | $3,272.50 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $12.50 | $12.50 | $12.50 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $188.00 | $188.00 | $188.00 |
| Costs re Sale of Property (closing costs, etc.) - Fayette Legal Journal | 2500-000 | NA | $125.00 | $125.00 | $125.00 |
| Costs re Sale of Property (closing costs, etc.) - James S. Lederach | 2500-000 | NA | $465.00 | $465.00 | $465.00 |
| Costs re Sale of Property (closing costs, etc.) - ROBERT H. SLONE | 2500-000 | NA | $147.33 | $147.33 | $147.33 |
| Costs re Sale of Property (closing costs, etc.) - Robert H. Slone | 2500-000 | NA | $106.50 | $106.50 | $106.50 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $255.41 | $255.41 | $255.41 |
| Other State or Local Taxes (post-petition) - James S. Lederach | 2820-000 | NA | $562.34 | $562.34 | $562.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$12,064.95** | **$12,064.95** | **$12,064.95** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citibank, N.A. | 7100-000 | $4,602.81 | $4,602.81 | $4,602.81 | $4,602.81 |
| 2 | JPMorgan Chase Bank, N.A. | 7100-000 | $1,302.42 | $1,304.67 | $1,304.67 | $1,304.67 |
| 3 | PNC Bank, National Association | 7100-000 | $1,029.84 | $1,029.84 | $1,029.84 | $1,029.84 |
| 4 | Jefferson Capital Systems LLC | 7100-000 | $892.24 | $964.80 | $964.80 | $964.80 |
| 5 | Jefferson Capital Systems LLC | 7100-000 | $381.13 | $320.95 | $320.95 | $320.95 |
| 6 | Jefferson Capital Systems LLC | 7100-000 | $500.00 | $532.68 | $532.68 | $532.68 |
| N/F | AmeriGas | 7100-000 | $311.36 | NA | NA | NA |
| N/F | Discover | 7100-000 | $6,309.47 | NA | NA | NA |
| N/F | Sears Gold Master Card | 7100-000 | $6,842.01 | NA | NA | NA |
| N/F | Slate | 7100-000 | $1,447.42 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$23,618.70** | **$8,755.75** | **$8,755.75** | **$8,755.75** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 22-21357 | Trustee Name: | (580040) Robert H. Slone |
|---|---|---|---|
| Case Name: | RUSHTON, JAMES S.<br>RUSHTON, DONNA F. | Date Filed (f) or Converted (c): | 07/14/2022 (f) |
| | | § 341(a) Meeting Date: | 09/19/2022 |
| For Period Ending: | 01/08/2024 | Claims Bar Date: | 03/08/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 124 Jackson Hill Road, Dawson, PA 15428-0000, Fayette County | 70,000.00 | 0.00 | | 175,000.00 | FA |
| 2 | 2021 Subaru Cross Trek | 20,000.00 | 0.00 | | 0.00 | FA |
| 3 | Furniture and appliances | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | TVs, computer, mobile phones | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | 3 guns | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothes and shoes | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Costume jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 25.00 | 0.00 | | 0.00 | FA |
| 9 | Checking account: Somerset Trust | 25.00 | 0.00 | | 0.00 | FA |
| 10 | Gas Lease | 1,000.00 | 0.00 | | 0.00 | FA |
| **10** | **Assets Totals (Excluding unknown values)** | **$95,050.00** | **$0.00** | | **$175,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):**    08/08/2023 (Actual)

01/08/2024                                            /s/Robert H. Slone
Date                                                  Robert H. Slone

UST Form 101-7-TDR ( 10 /1/2010)

| Form 2 | | | | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| **Cash Receipts And Disbursements Record** | | | | | | Page: 1 |

| Case No.: | 22-21357 | Trustee Name: | Robert H. Slone (580040) |
|---|---|---|---|
| Case Name: | RUSHTON, JAMES S. | Bank Name: | Metropolitan Commercial Bank |
| | RUSHTON, DONNA F. | Account #: | 3910510159 Checking |
| Taxpayer ID #: | **-***4186 | Blanket Bond (per case limit): | $10,301,556.00 |
| For Period Ending: | 01/08/2024 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/16/23 | | Curtis W. Stimmel | Hand money for sale of property @124 Jackson Hill Rd. / 1290-000 | 5,000.00 | | 5,000.00 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees / 2600-000 | | 5.00 | 4,995.00 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees / 2600-000 | | 8.27 | 4,986.73 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees / 2600-000 | | 7.45 | 4,979.28 |
| 05/01/23 | 101 | Fayette Legal Journal | Legal Sale Notice advertisement fee; Invoice #6588 / 2500-000 | | 125.00 | 4,854.28 |
| 05/01/23 | 102 | Robert H. Slone | Reimbursement for pmt. to John Warman, Esq. for title search / 2500-000 | | 106.50 | 4,747.78 |
| 05/01/23 | 103 | ROBERT H. SLONE | Reimbursement for payment of fee for notice of sale ad in Herald Standard / 2500-000 | | 147.33 | 4,600.45 |
| 05/01/23 | 104 | ROBERT H. SLONE | Reimbursement of Clerk's cost for Certified Order approving sale / 2700-000 | | 12.50 | 4,587.95 |
| 05/25/23 | | James S. Lederach | Sale of 124 Jackson Hill Road per Order @ Doc 34, Report of Sale @ Doc 37 | 118,972.66 | | 123,560.61 |
| | {1} | | Sale price of property at 124 Jackson Hill Road $175,000.00 / 1110-000 | | | |
| | | | Credit for School Tax $101.94 / 2820-000 | | | |
| | | | Payoff of first mortgage loan to PNC Bank -$50,000.00 / 4110-000 | | | |
| | | | Deed preparation, settlement fee, lien letters -$465.00 / 2500-000 | | | |
| | | | Hand money -$5,000.00 / 1224-000 | | | |
| | | | City/town & county taxes 1/1/223-5/25/23 -$188.86 / 2820-000 | | | |
| | | | 20232 Spring real estate taxes -$475.42 / 2820-000 | | | |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees / 2600-000 | | 40.04 | 123,520.57 |
| 06/02/23 | 105 | JAMES S. RUSHTON, DONNA F. RUSHTON | Debtors' 522(d)(1) exemption / 8100-002 | | 20,685.74 | 102,834.83 |
| 06/29/23 | 106 | Fayette Legal Journal | Fee for legal notice of sale (pub. date 3/4/2023) Voided on 07/05/2023 / 2500-004 | | 125.00 | 102,709.83 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees / 2600-000 | | 194.65 | 102,515.18 |
| 07/05/23 | 106 | Fayette Legal Journal | Fee for legal notice of sale (pub. date 3/4/2023) Voided: check issued on 06/29/2023 / 2500-004 | | -125.00 | 102,640.18 |

Page Subtotals:   $123,972.66   $21,332.48

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 22-21357 | Trustee Name: | Robert H. Slone (580040) |
| --- | --- | --- | --- |
| Case Name: | RUSHTON, JAMES S.<br>RUSHTON, DONNA F. | Bank Name:<br>Account #: | Metropolitan Commercial Bank<br>3910510159 Checking |
| Taxpayer ID #: | **-***4186 | Blanket Bond (per case limit): | $10,301,556.00 |
| For Period Ending: | 01/08/2024 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/10/23 | | PNC Bank | Refund of balance held out at closing for mortgage loan payoff; Loan No. 7500248090. | 4110-000 | | -998.67 | 103,638.85 |
| 12/11/23 | 107 | ROBERT H. SLONE | JAMES S RUSHTON AND DONNA F RUSHTON22-21357 Distribution payment - Dividend paid at 100.00% of $3,272.50; Claim # ATTY FEE; Filed: $3,272.50 | 3110-000 | | 3,272.50 | 100,366.35 |
| 12/11/23 | 108 | Clerk, U.S. Bankruptcy Court | JAMES S RUSHTON AND DONNA F RUSHTON22-21357 Distribution payment - Dividend paid at 100.00% of $188.00; Claim # CLERK; Filed: $188.00 | 2700-000 | | 188.00 | 100,178.35 |
| 12/11/23 | 109 | Robert H. Slone | JAMES S RUSHTON AND DONNA F RUSHTON22-21357 Distribution payment - Dividend paid at 100.00% of $6,741.10; Claim # FEE; Filed: $6,741.10 | 2100-000 | | 6,741.10 | 93,437.25 |
| 12/11/23 | 110 | Robert H. Slone | JAMES S RUSHTON AND DONNA F RUSHTON22-21357 Distribution payment - Dividend paid at 100.00% of $189.27; Claim # TE; Filed: $189.27 | 2200-000 | | 189.27 | 93,247.98 |
| 12/11/23 | 111 | Citibank, N.A. | JAMES S RUSHTON AND DONNA F RUSHTON22-21357 Distribution payment - Dividend paid at 100.00% of $4,602.81; Claim # 1; Filed: $4,602.81 | 7100-000 | | 4,602.81 | 88,645.17 |
| 12/11/23 | 112 | JPMorgan Chase Bank, N.A. | JAMES S RUSHTON AND DONNA F RUSHTON22-21357 Distribution payment - Dividend paid at 100.00% of $1,304.67; Claim # 2; Filed: $1,304.67 | 7100-000 | | 1,304.67 | 87,340.50 |
| 12/11/23 | 113 | PNC Bank, National Association | JAMES S RUSHTON AND DONNA F RUSHTON22-21357 Distribution payment - Dividend paid at 100.00% of $1,029.84; Claim # 3; Filed: $1,029.84 | 7100-000 | | 1,029.84 | 86,310.66 |
| 12/11/23 | 114 | Jefferson Capital Systems LLC | JAMES S RUSHTON AND DONNA F RUSHTON22-21357 Distribution payment - Dividend paid at 100.00% of $964.80; Claim # 4; Filed: $964.80 | 7100-000 | | 964.80 | 85,345.86 |
| 12/11/23 | 115 | Jefferson Capital Systems LLC | JAMES S RUSHTON AND DONNA F RUSHTON22-21357 Distribution payment - Dividend paid at 100.00% of $320.95; Claim # 5; Filed: $320.95 | 7100-000 | | 320.95 | 85,024.91 |
| 12/11/23 | 116 | Jefferson Capital Systems LLC | JAMES S RUSHTON AND DONNA F RUSHTON22-21357 Distribution payment - Dividend paid at 100.00% of $532.68; Claim # 6; Filed: $532.68 | 7100-000 | | 532.68 | 84,492.23 |
| 12/11/23 | 117 | RUSHTON, JAMES S. and RUSHTON, DONNA F. | JAMES S RUSHTON AND DONNA F RUSHTON22-21357 Distribution payment - Dividend paid at 100.00% of $84,492.23; Claim # SURPLUS; Filed: $0.00 | 8200-002 | | 84,492.23 | 0.00 |

Page Subtotals:    $0.00    $102,640.18

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| | |  | | |
|---|---|---|---|---|
| Case No.: | 22-21357 | Trustee Name: | Robert H. Slone (580040) | |
| Case Name: | RUSHTON, JAMES S. | Bank Name: | Metropolitan Commercial Bank | |
| | RUSHTON, DONNA F. | Account #: | 3910510159 Checking | |
| Taxpayer ID #: | **-***4186 | Blanket Bond (per case limit): | $10,301,556.00 | |
| For Period Ending: | 01/08/2024 | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | 123,972.66 | 123,972.66 | $0.00 |
| | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | Subtotal | | 123,972.66 | 123,972.66 | |
| | | Less: Payments to Debtors | | | 105,177.97 | |
| | | NET Receipts / Disbursements | | $123,972.66 | $18,794.69 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

**Case No.:** 22-21357  
**Case Name:** RUSHTON, JAMES S.  
RUSHTON, DONNA F.  
**Taxpayer ID #:** **-***4186  
**For Period Ending:** 01/08/2024

**Trustee Name:** Robert H. Slone (580040)  
**Bank Name:** Metropolitan Commercial Bank  
**Account #:** 3910510159 Checking  
**Blanket Bond (per case limit):** $10,301,556.00  
**Separate Bond (if applicable):** N/A

| | |
|---|---:|
| Net Receipts: | $123,972.66 |
| Plus Gross Adjustments: | $56,027.34 |
| Less Payments to Debtor: | $105,177.97 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $74,822.03 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| 3910510159 Checking | $123,972.66 | $18,794.69 | $0.00 |
| | **$123,972.66** | **$18,794.69** | **$0.00** |

01/08/2024  
Date

/s/Robert H. Slone  
Robert H. Slone

UST Form 101-7-TDR (10 /1/2010)